**Exhibit "4"**
**Affidavit of Fraudulent Medical Services, Referrals and Prescriptions**

STATE OF NEW YORK   }
                                      }  ss.:
COUNTY OF                  }

**Arkam Rehman, M.D.**, being duly sworn, hereby states the following:

1.      I am a physician who is licensed to practice medicine in the State of New York under license number 298627. I have been licensed as a physician in the State of New York since April 12, 2019. I am double Board Certified in pain management and physiatry. I am also the owner of Apex Medical, P.C. (Apex), a medical office that conducts, among other testing and/or treatment, Evaluations and Management (E&M) services and Shockwave Therapy. My National Provider Identifier (NPI) number is 1013920602 and my Drug Enforcement Agency (DEA) number is FR8865000.

2.      This affidavit is being provided to demonstrate the fraudulent nature of certain medical services, diagnostic tests, referrals, and prescriptions that have been attributed to me personally, my NPI number, my DEA number and/or Apex. As will be demonstrated below, since I have been a practicing physician in the State of New York I did not issue or authorize the certain prescriptions for drug screening, toxicology services, prescription medications, prescription creams, prescription gels, diagnostic test(s), radiological test(s) or otherwise in connection with the prescriptions all as demonstrated in paragraphs 4, 6, 9, 12, 15, 18, 21, 24, 27, 31, 33, 36, 39, 42, 45, 48, 51, 54, 57, 59, 62, 65, 68, 71, 74, 77, 80, 83, 86, 89, 92 and 95 noted below.

3.      During the year 2020, my medical office provided, among other testing and/or treatments, E&M services, and Shockwave Therapy at two locations in Brooklyn, New York: 3027 Avenue V, Brooklyn, New York and 632 Utica Avenue, Brooklyn, New York. My role at these two locations was limited in scope. In or about the spring of 2021, I learned for the first time that my name and credentials were utilized by certain unknown individuals as part of a scheme to dispense medication, durable medical equipment and prescribe tests and procedures as noted below. I did not prescribe or authorize a prescription for drug screening, toxicology services, prescription medications, prescription creams, prescription gels, diagnostic testing, radiological testing or otherwise for the certain prescriptions as demonstrated in paragraphs 4, 6, 9, 12, 15, 18,

21, 24, 27, 31, 33, 36, 39, 42, 45, 48, 51, 54, 57, 59, 62, 65, 68, 71, 74, 77, 80, 83, 86, 89, 92 and 95 below. A representative example of some of the prescriptions that are fraudulent in nature are shown below. The fact that a prescription is not specifically referenced below does not, and should not, be an indication that it is legitimate. As demonstrated below, the prescriptions that were allegedly prescribed by me at either 3027 Avenue V, Brooklyn, New York or 632 Utica Avenue, Brooklyn, New York are fraudulent in nature and are not legitimate.

### S&K Pharmacy – Volfi Inc.

4.      I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by S&K Pharmacy a/k/a Volfi INC as indicated below:



5.      The above prescription in paragraph 4 is a representative example and is fraudulent in nature as I never prescribed the item to be dispensed.

6.      The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient, nor did I agree with the Statement of Medical Necessity contained within the prescription:



**PHARMACY**

This facsimile transmission is intended to be delivered to the named addressed and may contain information that is confidential privledged and proprietary or exempt from disclosure under applicable law, if it is recieved by a none other than ther named addressed, please destroy.

| Name: ▮▮▮▮▮▮▮ | DOB: | DOA: |
|---|---|---|

Address: ▮▮▮▮

Home Phone:

Medication Allergies:

Insurance:

Carrier/Claim #:

| Ibuprofen Tablets: | Celebrex Tablets: | Naproxen Tablets: | Cyclobenzaprine Tablets: |
|---|---|---|---|
| SIG  QD  BID  TID  QID | Strength 200mg___ 400mg___ | Strength 100mg___ 375mg___ | Strength 10mg___ |
| Strength 600mg___ 100mg___ | Dose 30__ 60__ 90__ | Dose 30__ 60__ | Dise 30__ 60__ 90__ |
| Dose 30_ 1/2__ 90__ 120__ | | | |
| Diclofenac Sodium Gel 3%: | Lidocaine Ointment 5%: | Lidodhol Patch: | Pennsaid 2%: |
| | | Lidocaine 4.5%/Menthol 5% | |
| Qty: 100gm___ 250___ | Disp 100gm___ 200gm___ 150gm___ | Disp: 60√ 90__ | Qty: 112___ |
| Zingsor Capsules (NSAID): | Topiramate: | Sumatriptan Tablets: | Other: |
| Strength: 25mg___ | | Strength: 25mg___ 50mg___ | |
| Dose 130capsulet ___ . | Disp: 25mg__ 50mg__ 100mg__ | Disp: 9__ 18__ | |

**Prescriber Information:**

Doctors Name: Hexam Rehmen

Address: 3027 ave V Brooklyn NY 11229

NPI#: 1013920602        License#: 298627

**Statement of Medical Necessity:**

Side effects associated with oral administration can often be avoided when medications are used topically. When medications are administered topically. They are not a[...] d[...] although the gastrointestinal system and do not undergo first pass hepatic metabolism. Topical creams/patches[...]  [...] un adjunction with lower doses of oral medications to prevent dependence and side effects of oral medications.

Physician Signature: ▮▮▮▮▮        Date: 1/27/21

7.      The above prescription in paragraph 6 is a representative example and is fraudulent in nature as I never prescribed the item to be dispensed nor did I sign or authorize the prescription.

8.      The above-mentioned prescription in paragraph 6 presented by S&K Pharmacy a/k/a Volfi Inc that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## V V X, Inc

9.      I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by V V X, Inc. as indicated below:

*Rx/Prescription*

*DME Order Form*

Patient Name: ██████████████          DOA: _____          DOB: _____

| | |
|---|---|
| _____ Orthopedic Lumbar Cushion | _____ Electrodes (4 Leads) |
| _____ Thermal Heating Pads | _____ Massager (w/Infrared Lamp) |
| _____ Abdominal Support | _____ Water Therapy System w/Pump |
| _____ Dry Pressure Mattress | _____ Back Support TLSO |
| _____ Bed Boards | _____ Infrared Lamp |
| _____ Orthopedic Positioning Seat | _____ Cervical Collar |
| _____ Cervical Cover (2 piece) | _____ Orthopedic Cervical Pillow |
| _____ Cane Adjustable | _____ Walker |
| _____ Walker (w/Wheels) | |
| _____ Crutches Adjustable | _____ Back Support TLSO |
| _____ Shoulder Support | _____ Cervical Posture Pump |
| _____ Wrist Support | _____ Knee Brace RO Adjustable Hinge |
| _____ Elbow Support | __✓__ Lumbar Support LSO  / Custom fitted |
| _____ Ankle Support | OTHER: _____ |
| _____ Knee Support | |

Physician's Signature: _Shin Shala_ · NP-K NPI #: 1013920502

Physician's Name: Dr Arkam Rehman

Physician's Address: 632 Utica Ave Brooklyn NY 11203

Today's Date: 2/26/20

10.    The above prescription in paragraph 9 is a representative example and is fraudulent in nature as I never prescribed the item to be dispensed nor did I sign or authorize the prescription.

11.    The above prescription in paragraph 9 presented by V V X, Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Top Choice Pharmacy Corp. – Top Choice Rx

12.    I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by Top Choice Pharmacy Corp. – Top Choice Rx as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient, nor did I agree with the Statement of Medical Necessity contained within the prescription:

13.     The above prescription in paragraph 12 is a representative example and is fraudulent in nature as I never prescribed the item to be dispensed nor did I sign or authorize the prescription.

14.     The above-mentioned prescription in paragraph 12 presented by Top Choice Pharmacy Corp. – Top Choice Rx that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## TopLab

15.     I did not prescribe nor authorize the prescription for any drug tests, drug screening or drug confirmations as allegedly provided by TopLab as indicated below:



**Final Copy**
**Confidential – Laboratory Report**

Laboratory Report

67-71 EAST WILLOW STREET
MILBURN, NJ 07041

Lab Director: Ayad Mudarris
Tel#: (877)355-3580
Fax#: (866)899-3995
CLIA Number: 31D2135687

| Client Information: | Patient Information: | Sample Information: |
|---|---|---|
| Client:  Medical Office of Brooklyn | Patient Name: | Lab Sample ID: 2010220025 |
| 3027 Avenue V | Patient ID:        P9948069 | Collected:    10/21/2020 06:08 AM |
| BROOKLYN, NY 11229 | Date of Birth:    10/26/1987 (33 years) | Received:     10/22/2020 06:08 AM |
| Requesting Physician: | Male/Female:    Male | Reported:     10/23/2020 01:37 PM |
| Rehman, Arkam | Fasting:           NO | |

PRESCRIBED MEDICATION:

---

**Final Copy**
**Confidential – Laboratory Report**

Laboratory Report

67-71 EAST WILLOW STREET
MILBURN, NJ 07041

Lab Director: Ayad Mudarris
Tel#: (877)355-3580
Fax#: (866)899-3995
CLIA Number: 31D2135687

| Client Information: | Patient Information: | Sample Information: |
|---|---|---|
| Client:  Medical Office of Brooklyn | Patient Name: | Lab Sample ID: 2010210015 |
| 3027 Avenue V | Patient ID:        P9958410 | Collected:    10/20/2020 04:51 AM |
| BROOKLYN, NY 11229 | Date of Birth:    9/8/1999 (21 years) | Received:     10/21/2020 04:51 AM |
| Requesting Physician: | Male/Female:    Female | Reported:     11/26/2020 12:43 PM |
| Rehman, Arkam | Fasting:           NO | |

PRESCRIBED MEDICATION:

16.     The drug screening reports referenced above in paragraph 15 are a representative example and are fraudulent in nature as I never requested, prescribed, or ordered any drug tests, drug screenings or drug confirmations.

17.     The above-mentioned prescriptions in paragraph 15 presented by TobLab claiming that I ordered a drug test, drug screening or drug confirmation alleged to have been requested, prescribed, or ordered by me is/are fraudulent in nature as I never requested, prescribed, or ordered or authorized the test.

**[The remainder of this page is intentionally left blank]**

### TMVQS. Corp DBA Trinity Pharmacy

18.    I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by TMVQS. Corp DBA Trinity Pharmacy as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:



19.    The above prescription order form in paragraph 18 is a representative example and is fraudulent in nature as I never prescribed the item to be dispensed nor did I sign or authorize the prescription.

20.    The above-mentioned prescription in paragraph 18 presented by TMVQS. Corp DBA Trinity Pharmacy that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

### Supportive Products Corp

21.     I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by Supportive Products Corp. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient, nor did I agree with the Letter of Medical Necessity contained within the prescription:



22.     The above prescription in paragraph 21 is a representative example and is fraudulent in nature as I never prescribed the item to be dispensed nor did I sign or authorize the prescription.

23.     The above-mentioned prescription in paragraph 21 presented by Supportive Products Corp. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Time to Care Pharmacy Inc.

24.    I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by Time to Care Pharmacy, Inc. as indicated below. The following prescriptions are also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:



25.    The above prescriptions in paragraph 24 are a representative example and are fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

26.    To the best of my recollection the above-mentioned prescription in paragraph 24 presented by Time to Care Pharmacy, Inc. Rx that is/are alleged to have been prescribed by me

is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Simply DME LLC

27.     I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by Simply DME LLC as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient, nor did I agree with the Medical Necessity Statement contained within the prescription:



28.     The above prescription order form in paragraph 27 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

29.     The above-mentioned prescription in paragraph 27 presented by Simply DME LLC that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never knowingly prescribed or authorized the item to be dispensed.

## S&K Warbasse Pharmacy Inc.

31.    I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by S&K Warbasse Pharmacy Inc. as indicated below. The following prescriptions are also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:



32.    The above prescription in paragraph 31 is a representative example and is fraudulent in nature as I never prescribed the item to be dispensed.

33.    The following prescription below is also fraudulent in nature as I did not sign the

prescription, I did not prescribe or request that the following medication be given to the patient, nor did I agree with the Statement of Medical Necessity contained within the prescription:



34.    The above prescription order form in paragraph 33 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

35.    The above-mentioned prescriptions in paragraphs 31 and 33 presented by S&K Warbasse Pharmacy Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

### RX Masters, Inc.

36.    I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by RX Masters, Inc as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:



37.    The above prescription in paragraph 36 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

38.    To the best of my recollection, the above-mentioned prescription in paragraph 36 presented by RX Masters, Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

### Rosar Medical Equipment Corp.

39.    I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by Rosar Medical Equipment Corp. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient, nor did I agree with the Letter of Medical Necessity contained within the prescription:



40.    The above prescription order form in paragraph 39 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

41.    The above-mentioned prescription in paragraph 39 presented by Rosar Medical Equipment Corp. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

### Myehm RX Inc.

42.   I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by Myehm RX Inc. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:



43.   The above prescription in paragraph 42 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

44.   The prescription in paragraph 42 presented by Myehm RX Inc. that is/are alleged

to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Mednavet, Inc.

45.     I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by Mednavet, Inc. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:



46.     The above prescription order form in paragraph 45 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

47.     The prescription in paragraph 45 presented by Mednavet, Inc. that is/are alleged

to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Medical Diagnostic Center

48.     I did not prescribe nor authorize a prescription for any diagnostic imaging studies, X-Rays, or Magnetic Resonance Imaging (MRIs) as allegedly provided by Medical Diagnostic Center as indicated below:



**MEDICAL DIAGNOSTIC CENTER**
1664 East 14th Street Lower Level
Brooklyn, NY 11229
718 336 1865

**Patient Name:**
**Date of Birth:**
**Gender:** M
**Date of Service:** 17-Dec-2020 12:19:58 PM
**MRN:** SR427
**Ref Physician:** DR.REHMAN
MRI OF THE RIGHT SHOULDER WITHOUT CONTRAST

## CLINICAL HISTORY: MVA.

49.     The MRI report referenced above report in paragraph 48 is a representative example and is fraudulent in nature as I never requested, prescribed, or ordered any diagnostic imaging studies, X-Rays, or Magnetic Resonance Imaging (MRIs).

50.     To the best of my recollection the above-mentioned requests or prescription in paragraph 48 presented by Medical Diagnostic Center claiming that I ordered any diagnostic imaging studies, X-Rays, or Magnetic Resonance Imaging (MRIs) alleged to have been requested, prescribed, or ordered by me is/are fraudulent in nature as I never requested, prescribed, or ordered or authorized the test.

## Levnic Inc.

51.     I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by Levnic Inc. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:

### Rx/Prescription

#### DME Order Form

Patient Name ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉          DOA: 1/04/00          DOB:

- ✓ Orthopedic Lumbar Cushion
- _____ Thermal Heating Pads
- _____ Abdominal Support
- ✓ Dry Pressure Mattress
- ✓ Bed Boards
- ✓ Orthopedic Positioning Seat
- ✓ Cervical Cover (2 piece)
- _____ Cane Adjustable
- _____ Walker (w/Wheels)
- _____ Crutches Adjustable
- ✓ Shoulder Support
- _____ Wrist Support
- _____ Elbow Support
- _____ Ankle Support
- ✓ Knee Support

- _____ Electrodes (4 Leads)
- ✓ Massager (w/Infrared Lamp)
- ✓ Water Therapy System w/Pump
- _____ Back Support TLSO
- _____ Infrared Lamp
- _____ Cervical Collar
- _____ Orthopedic Cervical Pillow
- _____ Walker

- ✓ Back Support TLSO
- _____ Cervical Posture Pump
- _____ Knee Brace KO Adjustable Hinge
- _____ Lumbar Support LSO
- OTHER: _____

Physician's Signature: _____   NPI #: 1013920502

Physician's Name:  Dr Adeem Rehman

Physician's Address:  632 Utica Ave Brooklyn NY 11203

Today's Date: _____

52.     The above prescription order form in paragraph 51 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

53.     The above-mentioned prescription in paragraph 51 presented by Levnic Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Healing Services Inc.

54.    I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by Healing Services Inc. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following equipment be given to the patient:



℞ Referral / Physician's Prescription

Please complete the information below and email/fax this form along with notes related to the relevant medical history & treatment to: Infosmrecover@gmail.com or Fax: 877-565-5589.

**PATIENT INFORMATION:**

| | | |
|---|---|---|
| Patient Name: | Date of Birth: | SS#: |
| Patient Address: | | |
| City: | State: | Zip Code: | Phone: |

**DIAGNOSIS and RELATED INFO:**   Date of Incident: 03/11/2020

Diagnosis: _____  ICD 10 Code: _____

Symptoms: _____

Limitations: _____

Pain Level:   □ No Pain   □ Mild Pain   ☑ Moderate Pain   ☑ Severe Pain   □ Worst Pain Possible

**PRODUCT: sam® (Sustained Acoustic Medicine) Unit and Coupling Patches**

I am prescribing sam® which is an FDA cleared wearable Ultrasound for multi-hour treatment to reduce pain and accelerate the natural healing cascade for musculoskeletal related injuries, sam® has been clinically shown to increase Collagen Laydown, increase Oxygenated Hemoglobin in the muscle and increase Blood-flow to accelerate the recovery and reduction of pain for the associated Injury, sam® can be used as an adjunct therapy with Physical Therapy and exercise. I certify that the sam® unit is medically indicated and in my opinion is reasonable and necessary to treat this patients condition.

☑ C/SPINE   ☑ T/SPINE   ☑ L/BACK   □ KNEE L/R   □ ANKLE L/R   □ SHOULDER L/R

□ HAND L/R   □ WRIST L/R   □ ELBOW L/R   □ HIP L/R   □ OTHER _____

**Duration of Treatment:**
1 Treatment per day; up to 4 Hrs. per day for up to □4 Weeks  □ 6 Weeks  ☑ 8 Weeks □ Other _____

**PHYSICIAN'S INFORMATION:**

Physician Print Name: Acham Rehman

Physician Address: 632 Utica Ave

City: BKlyn   State: NY   Zip Code: 11203   Phone: 347-955-4929

NPI #: 1013920692   License #: _____

Physicians Signature: _____   Date: 3/17/00

NOTE: Please Include (FAX or Email) all the appropriate Medical Notes with the Prescription

55.    The above prescription order form in paragraph 54 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

56.    The above-mentioned prescription in paragraph 54 presented by Healing Services Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Ideal Care Pharmacy

57.     I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by Ideal Care Pharmacy as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient, nor did I agree with the Statement of Medical Necessity contained within the prescription:



58.     The above prescription order form in paragraph 57 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize

the prescription.

59.    The following prescriptions are also fraudulent in nature as I did not sign the prescriptions nor did not prescribe or request that the following medications be given to the patient:



60.    The above prescription receipts in paragraph 59 are a representative example and are fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

61.    The above-mentioned prescription in paragraph 59 presented by Ideal Care Pharmacy Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I

never prescribed or authorized the item to be dispensed.

## Essential RX

62.     I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by Essential RX as indicated below. The following prescriptions are also fraudulent in nature as I did not sign the prescriptions, I did not prescribe the medications nor request that the following medications be given to the patient:



63.     The above prescription in paragraph 62 are a representative example and are fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

64.     To the best of my recollection the above-mentioned prescriptions in paragraph 62 presented by Essential RX that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Flushing Medical Supply, Inc.

65.     I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by Flushing Medical Supply, Inc. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following equipment be given to the patient:

℞ Referral / Physician's Prescription

Please correlate the information below and complete this form along with notes related to the relevant medical history & treatment to:

| PATIENT |
|---|
| Patient Nam | Date of Birth: | SS#: |
| Patient Address: | | |
| City: | State: | Zip Code: | Phone: |

DIAGNOSIS and RELATED INFO:                          Date of Incident:

Diagnosis:                                           ICD 10 Codes

Symptoms:

Limitations:

Pain Level    ☐ No Pain    ☐ Mild Pain    ☐ Moderate Pain    ☐ Severe Pain    ☐ Very ...

PRODUCT: sam² (Sustained Acoustic Medicine) Unit and Coupling Patches

I am pr... ...m² which is an FDA cleared wearable Ultrasound for multi-hour treatment ... pain ... natural healing cascade for musculoskeletal related injuries. sam² has been c... ... increase ... ... ... breakdown, increase the speed of blood flow to the muscle and increase Nit... injury ... the recovery and reduction of ... ... injury. sam² can be used as an adj... to the ... ... ... ... ...ent. I cert... ... at the sam² unit is medically indicated and in my opin... ... and need ... ... ... ... ...

☐ C-SPINE    ☐ T-SPINE    ☐ L-BACK    ☐ KNEE L/R    ☐ ANKLE L/R    ☐ SHOULDER L/R
☐ HAND L/R    ☐ WRIST L/R    ☐ ELBOW L/R    ☐ HIP L/R    ☐ OTHER

Duration of Treatment:
1 treatment per day; up to 4 Hrs. per day for up to    ☐ < Weeks  ☐ 6 Weeks  ☐ 8 Weeks  ☐ Other

| PHYSICIAN's INFORMATION: |
|---|
| Physician Print Name: Akram Rehman |
| Physician Address: 3027 ave V |
| City: Brooklyn  State: NY  Zip Code: 11229 |
| NPI: 1013920602    License #: 298627 |
| Physician's Signature: _____ Date: 7/20/20 |

NOTE: Please include OAK or Email all the appropriate Medical Notes with the Prescription

66.    The above prescription order form in paragraph 65 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

67.    The above-mentioned prescription in paragraph 65 presented by Flushing Medical Supply, Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Eclipse Medical Imaging, P.C.

68.    I did not prescribe nor authorize the prescription for any diagnostic imaging studies, X-Rays, or Magnetic Resonance Imaging (MRIs) as allegedly provided by Eclipse Medical Imaging, P.C. as indicated below:



**MEDICAL
IMAGING P.C.**

651 Coney Island Avenue, Brooklyn, NY 11218 • Tel: (718) 284-0700 - Fax: (718) 284-0800

ARKAM REHMAN, M.D.
632 UTICA AVENUE
BROOKLYN, NY  11203

DOS: 02/17/2020
DOB: 07/08/1960
FILE #:35751
DOI: 01/24/2020

PATIENT: ███████████
EXAM: MRI OF THE LEFT SHOULDER W/O CONTRAST

Dear Dr. Rehman,

**MEDICAL
IMAGING P.C.**

Transport 2/10/20 offer 4.

651 Coney Island Avenue, Brooklyn, NY 11218 • Tel: (718) 284-0700 • Fax (718) 284-0800

| | |
|---|---|
| Patient: Cherryl Roberts | Phone: |
| Today's Date: 2-11-2020    Appointment Date: 2/10 | Time: 5PM |
| Referring Physician: Arkam Kehn    Phone: | Fax: |
| Referring Physician's Address: 632 Utica | Signature: Arl Rah |
| Clinical History: | |

| ☐ Call-in Requested | ☐ CD | ☐ Other | ☐ Please, Send More Referral Pads |
|---|---|---|---|
| **DIAGNOSIS HISTORY:** | | | **PLEASE OBTAIN NECESSARY AUTHORIZATION TO AVOID DELAYS** |
| MVA. | | | Authorization # |

MRI INFORMATION: MRI is contraindicated in patients with pacemaker, ear implants, cerebral aneurysm clips, metal in eyes, etc.

69.    The MRI report and prescription referenced above in paragraph 68 are a representative example and are fraudulent in nature as I never requested, prescribed, or ordered any diagnostic imaging studies, X-Rays, or Magnetic Resonance Imaging (MRIs).

70.    The above-mentioned requests or prescription in paragraph 68 presented by Eclipse Medical Imaging, P.C. claiming that I ordered any diagnostic imaging studies, X-Rays, or Magnetic Resonance Imaging (MRIs) alleged to have been requested, prescribed, or ordered by me is/are fraudulent in nature as I never requested, prescribed, or ordered or authorized the test.

### Boulevard 9229 LLC

71.    I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by Boulevard 9229 LLC as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not

prescribe or request that the following medication be given to the patient, nor did I agree with the Statement of Medical Necessity contained within the prescription:



72.     The above prescription in paragraph 71 is a representative example and are fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

73.     The above-mentioned prescription in paragraph 71 presented by Boulevard 9229 LLC that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## Bisoma Pharmacy Inc.

74.     I have never prescribed nor authorized a prescription for any medication, creams, patches, or ointments as allegedly provided by Bisoma Pharmacy Inc. The following prescriptions are also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that

the following medication be given to the patient:

**BISOMA PHARMACY INC.**
20520 Jamaica Ave          Hollis, NY 11423
Phone: (718)217-2091   Fax: (718)217-2138   11/9/2020   1:16:02PM

| Rx Pres: ARKAM REHMAN | Ord Date 10/19/2020 |
|---|---|
| | NPI# 1013920602 |
| 3027 AVE V | LIC#: 298627 |
| BROOKLYN, NY 11229 | DEA#: BR4816685 |
| Phone: (347)702-9725   Fax: | SPI# |

Patient:
DOB                    Gender F      Rx#:  61077
Address: 1410 ROCKAWAY PKWY          BROOKLYN, NY 11236
Phone (646)573-4789        Qty Ord:  60.000
Qty:    60.00    Days: 30   Refills: 0   PH/TH:YI   Class   0

Drug:  IBUPROFEN 600MG TAB

Sig:  TAKE ONE TABLET BY MOUTH TWICE A DAY

Signature _____  Date _____
This Prescription Will be Filled Generically Unless     [   ] N
Prescriber Writes "DAW" in the Box        Dispense As Written

**BISOMA PHARMACY INC.**
20520 Jamaica Ave          Hollis, NY 11423
Phone: (718)217-2091   Fax: (718)217-2138   11/9/2020   1:16:02PM

| Rx Pres: ARKAM REHMAN | Ord Date 10/19/2020 |
|---|---|
| | NPI# 1013920602 |
| 3027 AVE V | LIC#: 298627 |
| BROOKLYN, NY 11229 | DEA#: BR4816685 |
| Phone: (347)702-9725   Fax: | SPI# |

Patient:
DOB                    Gender F      Rx#:  61079
Address: 1410 ROCKAWAY PKWY          BROOKLYN, NY 11236
Phone (646)573-4789        Qty Ord:  60.000
Qty:    60.00    Days: 30   Refills: 0   PH/TH:YI   Class   0

Drug:  LIDOCAINE 5% FILM ER

Sig:  APPLY UP TO 3 PATCHES TO AFFECTED AREAS 12 HOURS ON 12 HOURS OFF

Signature _____  Date _____
This Prescription Will be Filled Generically Unless     [   ] N
Prescriber Writes "DAW" in the Box        Dispense As Written

**BISOMA PHARMACY INC.**
20520 Jamaica Ave          Hollis, NY 11423
Phone: (718)217-2091   Fax: (718)217-2138   11/9/2020   1:16:02PM

| Rx Pres: ARKAM REHMAN | Ord Date 10/19/2020 |
|---|---|
| | NPI# 1013920602 |
| 3027 AVE V | LIC#: 298627 |
| BROOKLYN, NY 11229 | DEA#: BR4816685 |
| Phone: (347)702-9725   Fax: | SPI# |

Patient:
DOB                    Gender F      Rx#:  61076
Address: 1410 ROCKAWAY PKWY          BROOKLYN, NY 11236
Phone (646)573-4789        Qty Ord:  250.000
Qty:    250.00    Days: 30   Refills: 0   PH/TH:YI   Class   0

Drug:  LIDOCAINE 5% OINT

Sig:  APPLY TO AFFECTED AREAS TWICE A DAY

Signature _____  Date _____
This Prescription Will be Filled Generically Unless     [   ] N
Prescriber Writes "DAW" in the Box        Dispense As Written

**BISOMA PHARMACY INC.**
20520 Jamaica Ave          Hollis, NY 11423
Phone: (718)217-2091   Fax: (718)217-2138   11/9/2020   1:16:02PM

| Rx Pres: ARKAM REHMAN | Ord Date 10/19/2020 |
|---|---|
| | NPI# 1013920602 |
| 3027 AVE V | LIC#: 298627 |
| BROOKLYN, NY 11229 | DEA#: BR4816685 |
| Phone: (347)702-9725   Fax: | SPI# |

Patient:
DOB                    Gender F      Rx#:  61078
Address: 1410 ROCKAWAY PKWY          BROOKLYN, NY 11236
Phone (646)573-4789        Qty Ord:  30.000
Qty:    30.00    Days: 30   Refills: 0   PH/TH:YI   Class   0

Drug:  CYCLOBENZAPRINE HYDROCHLORIDE 5MG TAB

Sig:  TAKE ONE TABLET BY MOUTH DAILY AT BEDTIME

Signature _____  Date _____
This Prescription Will be Filled Generically Unless     [   ] N
Prescriber Writes "DAW" in the Box        Dispense As Written

75.     The above prescription in paragraph 74 are a representative example and are fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

76.     To the best of my recollection the above prescriptions in paragraph 74 presented by Bisoma Pharmacy Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

### Briarwood RX Inc.

77.     I have never prescribed nor authorized a prescription for any medication, creams, patches, or ointments as allegedly provided by Briarwood RX Inc. The following prescriptions are

also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:



78.    The above prescription in paragraph 77 are a representative sample and are fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

79.    To the best of my recollection the above prescriptions in paragraph 77 presented by Briarwood RX Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

### Big Apple Medical Group Corp.

80.    I did not prescribe nor authorize a prescription for any durable medical equipment

as allegedly provided by Big Apple Medical Group Corp. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following equipment be given to the patient, nor did I agree with the Statement of Medical Necessity contained within the prescription:



81.     The above prescription order form in paragraph 80 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescription.

82.     The above-mentioned prescription in paragraph 80 presented by Big Apple Medical Group Corp. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed nor authorized the item to be dispensed.

## Atlas Pharmacy, LLC

83.     I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by Atlas Pharmacy, LLC as indicated below.  The following prescriptions are also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:

### Physician Order Form

| | |
|---|---|
| Patient: | Doctor Name: Burhanm Rehman |
| Date of Birth: | License Number: 298624 |
| Telephone Number: | NPI Number: 1013920602 |
| Date of Accident: | |

- o   CELEBREX 100MG – 1C BID #60
- ☒   CELEBREX 200MG – 1C BID #60
- o   CELEBREX 400MG – 1C QD #30
- o   MELOXICAM 7.5MG #60 1T BID
- o   MELOXICAM 15MG #30 1T QD
- o   IBUPROFEN 600MG #60 – 1T BID
- o   NAPROXEN 550MG #60 – 1T BID
- o   NAPRELAN 500MG – 1T BID
- o   LIDOCAINE 5% PATCH    #30     #60    #90 -  APPLY 1-3 PATCHES AA QD (12 HOURS ON AND 12 HOURS OFF)
- o   LIDOCAINE 5% OINT    100GM    150GM    200GM 250GM  AP AA UP TO TID
- ☒   DICLOFENAC 3% GEL –    100GM   200GM   AP AA TID UD
- o   CYCLOBENZAPRINE 7.5MG #30 - 1T TID
- o   CYCLOBENZAPRINE 10MG #90 – 1T TID
- o   TIZANIDINE 4MG #90 – 1T TID
- o   METAXALONE 800MG – 1T TID
- o   FIORICET TABS #90 1T TID PRN
- o   SUMATRIPTAN 25MG , 50MG , 100MG TABS
- o   (MAXALT) RIZATRIPTAN 5MG, 10MG TABS
- o   RELPAX 20MG, 40MG TABS
- o   TOPIRAMATE 25MG , 50MG , 100MG
- o   DULOXETINE 30MG, 60MG CAPS
- o   GABAPENTIN 300MG, 400MG , 600MG , 800MG
- o   VENLAFAXINE 25MG , 37.5MG , 50MG , AND  75MG TABLETS
- o   SERTRALINE 25MG , 50MG , 100MG
- o   ESCITALOPRAM 10MG, 20MG TABS
- o   CHLORZOXAZONE 250MG #90 - 1T TID PRN

Prescriber Signature: Burhanm P    Date: 5/18/20

84.     The above physician order form in paragraph 83 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

85.     The above-mentioned prescription in paragraph 83 presented by Atlas Pharmacy LLC that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

### AVK RX Inc.

86.  I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by AVK RX Inc as indicated below.  The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:



87.  The above prescription in paragraph 86 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

88.  To the best of my recollection the above-mentioned prescription in paragraph 86 presented by AVK RX Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

### A to Z Supply Services Inc.

89.  I did not prescribe nor authorize a prescription for any durable medical equipment as allegedly provided by A to Z Supply Services Inc. as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following equipment be given to the patient, nor did I agree with the Letter of Medical Necessity contained within the prescription:



90.     The above prescription in paragraph 89 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

91.     The above-mentioned prescription in paragraph 89 presented by A to Z Supply Services Inc. that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## ARS Medical Equipment Corp

92.     I did not prescribe nor authorize the prescription for any durable medical equipment as allegedly provided by ARS Medical Equipment Corp as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following equipment be given to the patient, nor did I agree with the Letter of

Medical Necessity contained within the prescription:



93.     The above prescription in paragraph 92 is a representative example and is fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

94.     The above-mentioned prescription in paragraph 92 presented by ARS Medical Equipment Corp that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never prescribed or authorized the item to be dispensed.

## ASG RX, Corp.

95.     I did not prescribe nor authorize the prescription for any medication, creams, patches, or ointments as allegedly provided by ASG RX, Corp as indicated below. The following prescription is also fraudulent in nature as I did not sign the prescription, I did not prescribe or request that the following medication be given to the patient:

ASG Rx Corp  
10216 Liberty Ave STE 101    Ozone Park, NY 11417  
Phone: (347)960-8788  Fax: (347)960-8755

| Rx Pres: ARKAM REHMAN | Ord Date | 10/21/2020 |
|---|---|---|
| 3027 AVENUE V | NPI# | 1013920602 |
| BROOKLYN, NY 11229 | LIC#: | 298627 |
| Phone: (347)702-9725  Fax: | DEA#: | |
| | SPI# | |

Patient:  
DOB _____ Gender M  Rx#: 61558  
Address: 93 02 RIDGE BLVD APT 5E   ARVERNE, NY 11209  
Phone (347)335-8143   Qty Ord: 60.000  
Qty: 60.00  Days 30  Refills: 0   PH/TH:UO   Class 0

Drug: ESOMEPRAZOLE MAGNESIUM 20MG CAP

Sig: TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED

Signature _____ Date _____  
This Prescription Will be Filled Generically Unless Prescriber Writes "DAW" in the Box ☐ N  Dispense As Written

---

ASG Rx Corp  
10216 Liberty Ave STE 101    Ozone Park, NY 11417  
Phone: (347)960-8788  Fax: (347)960-8755

| Rx Pres: ARKAM REHMAN | Ord Date | 10/21/2020 |
|---|---|---|
| 3027 AVENUE V | NPI# | 1013920602 |
| BROOKLYN, NY 11229 | LIC#: | 298627 |
| Phone: (347)702-9725  Fax: | DEA#: | |
| | SPI# | |

Patient:  
DOB _____ Gender M  Rx#: 61557  
Address: 93 02 RIDGE BLVD APT 5E   ARVERNE, NY 11209  
Phone (347)335-8143   Qty Ord: 250.000  
Qty: 250.00  Days 30  Refills: 0   PH/TH:UO   Class 0

Drug: LIDOCAINE 5% OINT

Sig: APPLY TO AFFECTED AREAS 2-3 TIMES DAILY AS NEEDED

Signature _____ Date _____  
This Prescription Will be Filled Generically Unless Prescriber Writes "DAW" in the Box ☐ N  Dispense As Written

96. The above prescriptions in paragraph 95 are a representative example and are fraudulent in nature as I never prescribed the items to be dispensed nor did I sign or authorize the prescriptions.

97. To the best of my recollection the above-mentioned prescription in paragraph 95 presented by ASG RX, Corp that is/are alleged to have been prescribed by me is/are fraudulent in nature as I never knowingly prescribed or authorized the item to be dispensed.

## Conclusion

98. The preceding examples of prescriptions and/or order forms all as specifically noted in paragraphs 4, 6, 9, 12, 15, 18, 21, 24, 27, 31, 33, 36, 39, 42, 45, 48, 51, 54, 57, 59, 62, 65, 68, 71, 74, 77, 80, 83, 86, 89, 92 and 95 are examples of the fraudulent prescriptions that were issued utilizing my credentials. The absence of a specific prescription and/or order form that is not specifically noted in paragraphs 4, 6, 9, 12, 15, 18, 21, 24, 27, 31, 33, 36, 39, 42, 45, 48, 51, 54, 57, 59, 62, 65, 68, 71, 74, 77, 80, 83, 86, 89, 92 and 95 should not be inferred to be a legitimate prescription.

99. At no point in time while I and Apex was located at either 3027 Avenue V, Brooklyn, New York and/or 632 Utica Avenue, Brooklyn, New York did I ever issue any of the prescriptions as specifically noted in paragraphs 4, 6, 9, 12, 15, 18, 21, 24, 27, 31, 33, 36, 39, 42, 45, 48, 51, 54, 57, 59, 62, 65, 68, 71, 74, 77, 80, 83, 86, 89, 92 and 95 for any medication, creams, ointments, gels, patches, DME, MRI or any other matter. I also never knowingly issued, authored, or signed any letters of medical necessity pertaining to any of the aforementioned prescriptions or orders that were issued in my name.

100.     Any prescription that is presented that claims to come from me while I was associated with 3027 Avenue V, Brooklyn, New York and/or 632 Utica Avenue, Brooklyn, New York or contains my NPI number, license number or DEA number is fraudulent and is not legitimate.

101.     The prescriptions specifically noted in paragraphs 4, 6, 9, 12, 15, 18, 21, 24, 27, 31, 33, 36, 39, 42, 45, 48, 51, 54, 57, 59, 62, 65, 68, 71, 74, 77, 80, 83, 86, 89, 92 and 95, that is/are presented that claims to come from me while I was located at 3027 Avenue V, Brooklyn, New York and/or 632 Utica Avenue, Brooklyn, New York or contains my NPI number, license number or DEA number is fraudulent and is not legitimate.

102.     Any letter of medical necessity or statement of medical necessity pertaining to any of the above mentioned prescriptions specifically noted in paragraphs 4, 6, 9, 12, 15, 18, 21, 24, 27, 31, 33, 36, 39, 42, 45, 48, 51, 54, 57, 59, 62, 65, 68, 71, 74, 77, 80, 83, 86, 89, 92 and 95 that is/are presented that claims to come from me while I was located at 3027 Avenue V, Brooklyn, New York and/or 632 Utica Avenue, Brooklyn, New York or contains my NPI number, license number or DEA number is fraudulent and is not legitimate as I did not knowingly author or authorize the issuance of any such letter or statement.

103.     I submit this affidavit under my own free will.

**Arkam Rehman, M.D.**

STATE OF NEW YORK   }
                    } ss.:
COUNTY OF NASSAU    }

Personally subscribed and sworn to before me on this 17th day of November 2021, by **Arkam Rehman, M.D.**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual described in and who executed the foregoing affidavit and acknowledged that he executed the same.

_____
Notary Public

SUFIAN PERVEZ
Notary Public, State of New York
Reg. No. 02PE6354719
Qualified in Suffolk County
Commission Expires 02/21/20 __