Exhibit "2"
AVK Billing

| RICO Event | Claim Number | Bill ID | Document Mailed | Date Received | Billing Code | Charge |
|---|---|---|---|---|---|---|
| 1 | 0433194050003 | N203-609688 | Bill | 4/26/2021 | 0S9430 | $5.00 |
| 2 | 0433194050003 | N203-609688 | Bill | 4/26/2021 | 67877032005 | $42.30 |
| 3 | 0433194050003 | N203-609688 | Bill | 4/26/2021 | 0S9430 | $5.00 |
| 4 | 0433194050003 | N203-609688 | Bill | 4/26/2021 | 69097084615 | $83.70 |
| 5 | 0432107490001 | N203-581001 | Bill | 3/29/2021 | 0S9430 | $5.00 |
| 6 | 0432107490001 | N203-581001 | Bill | 3/29/2021 | 65862051601 | $176.40 |
| 7 | 0432107490001 | N203-581001 | Bill | 3/29/2021 | 0S9430 | $5.00 |
| 8 | 0432107490001 | N203-581001 | Bill | 3/29/2021 | 10702000610 | $46.50 |
| 9 | 0432107490001 | N203-581001 | Bill | 3/29/2021 | 0S9430 | $5.00 |
| 10 | 0432107490001 | N203-581001 | Bill | 3/29/2021 | 51672136307 | $1,892.20 |
| 11 | 0455045070004 | N203-687245 | Bill | 7/2/2021 | 0S9430 | $5.00 |
| 12 | 0455045070004 | N203-687245 | Bill | 7/2/2021 | 53225102501 | $1,315.20 |
| 13 | 0455045070004 | N203-687245 | Bill | 7/2/2021 | 0S9430 | $5.00 |
| 14 | 0455045070004 | N203-687245 | Bill | 7/2/2021 | 68462035594 | $1,892.14 |
| 15 | 0450168580001 | N203-612102 | Bill | 4/26/2021 | 0S9430 | $5.00 |
| 16 | 0450168580001 | N203-612102 | Bill | 4/26/2021 | 68462035594 | $1,892.14 |
| 17 | 0450168580001 | N203-612102 | Bill | 4/26/2021 | 0S9430 | $5.00 |
| 18 | 0450168580001 | N203-612102 | Bill | 4/26/2021 | 10702000610 | $128.70 |
| 19 | 0426967050001 | N203-309106 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 20 | 0426967050001 | N203-309106 | Bill | 6/15/2020 | 52565000855 | $1,224.04 |
| 21 | 0426967050001 | N203-309106 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 22 | 0426967050001 | N203-309106 | Bill | 6/15/2020 | 68462035594 | $2,079.85 |
| 23 | 0426967050001 | N203-309106 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 24 | 0426967050001 | N203-309106 | Bill | 6/15/2020 | 68382005001 | $81.00 |
| 25 | 0426967050001 | N203-309106 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 26 | 0426967050001 | N203-309106 | Bill | 6/15/2020 | 10702000610 | $46.50 |
| 27 | 0426967050001 | N203-330870 | Bill | 7/18/2020 | 0S9430 | $5.00 |
| 28 | 0426967050001 | N203-330870 | Bill | 7/18/2020 | 68462035594 | $2,079.85 |
| 29 | 0426967050001 | N203-378598 | Bill | 8/18/2020 | 0S9430 | $5.00 |
| 30 | 0426967050001 | N203-378598 | Bill | 8/18/2020 | 68462035594 | $1,892.14 |
| 31 | 0434645780001 | N203-497200 | Bill | 1/9/2021 | 0S9430 | $5.00 |
| 32 | 0434645780001 | N203-497200 | Bill | 1/9/2021 | 67877032005 | $17.40 |
| 33 | 0434645780001 | N203-497200 | Bill | 1/9/2021 | 0S9430 | $5.00 |
| 34 | 0434645780001 | N203-497200 | Bill | 1/9/2021 | 53225102501 | $2,626.20 |
| 35 | 0437722440003 | N203-487714 | Bill | 12/29/2020 | 0S9430 | $5.00 |
| 36 | 0437722440003 | N203-487714 | Bill | 12/29/2020 | 67877032005 | $17.40 |
| 37 | 0437722440003 | N203-487714 | Bill | 12/29/2020 | 0S9430 | $5.00 |
| 38 | 0437722440003 | N203-487714 | Bill | 12/29/2020 | 53225102501 | $2,626.20 |
| 39 | 0437722440003 | N203-529043 | Bill | 2/9/2021 | 0S9430 | $5.00 |
| 40 | 0437722440003 | N203-529043 | Bill | 2/9/2021 | 53225102501 | $2,626.20 |
| 41 | 0437722440004 | N203-497710 | Bill | 1/9/2021 | 0S9430 | $5.00 |
| 42 | 0437722440004 | N203-497710 | Bill | 1/9/2021 | 67877032005 | $17.40 |
| 43 | 0437722440004 | N203-497710 | Bill | 1/9/2021 | 0S9430 | $5.00 |
| 44 | 0437722440004 | N203-497710 | Bill | 1/9/2021 | 53225102501 | $2,626.20 |
| 45 | 0437722440004 | N203-525311 | Bill | 2/6/2021 | 0S9430 | $5.00 |
| 46 | 0437722440004 | N203-525311 | Bill | 2/6/2021 | 53225102501 | $2,626.20 |
| 47 | 0441650290002 | N203-544194 | Bill | 2/24/2021 | 0S9430 | $5.00 |
| 48 | 0441650290002 | N203-544194 | Bill | 2/24/2021 | 16714037802 | $1,223.40 |
| 49 | 0441650290002 | N203-544194 | Bill | 2/24/2021 | 0S9430 | $5.00 |
| 50 | 0441650290002 | N203-544194 | Bill | 2/24/2021 | 10702000610 | $128.70 |
| 51 | 0441650290003 | N203-531761 | Bill | 2/12/2021 | 0S9430 | $5.00 |
| 52 | 0441650290003 | N203-531761 | Bill | 2/12/2021 | 16714087802 | $1,223.40 |
| 53 | 0441650290003 | N203-531761 | Bill | 2/12/2021 | 0S9430 | $5.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | 0441650290003 | N203-531761 | Bill | 2/12/2021 | 10702000610 | $128.70 |
| 55 | 0435379840001 | N203-431907 | Bill | 11/2/2020 | 0S9430 | $5.00 |
| 56 | 0435379840001 | N203-431907 | Bill | 11/2/2020 | 16714087802 | $1,528.00 |
| 57 | 0421072310001 | N203-837639 | Bill | 10/29/2021 | 0S9430 | $5.00 |
| 58 | 0421072310001 | N203-837639 | Bill | 10/29/2021 | 16714087802 | $1,223.40 |
| 59 | 0445042170001 | N203-589547 | Bill | 4/6/2021 | 0S9430 | $5.00 |
| 60 | 0445042170001 | N203-589547 | Bill | 4/6/2021 | 52565000855 | $1,224.04 |
| 61 | 0445042170001 | N203-589547 | Bill | 4/6/2021 | 0S9430 | $5.00 |
| 62 | 0445042170001 | N203-589547 | Bill | 4/6/2021 | 10702000610 | $128.70 |
| 63 | 0404194040001 | N203-425739 | Bill | 10/27/2020 | 0S9430 | $5.00 |
| 64 | 0404194040001 | N203-425739 | Bill | 10/27/2020 | 51672136307 | $1,892.20 |
| 65 | 0404194040001 | N203-425739 | Bill | 10/27/2020 | 0S9430 | $5.00 |
| 66 | 0404194040001 | N203-425739 | Bill | 10/27/2020 | 62332042450 | $1,223.88 |
| 67 | 0404194040001 | N203-463500 | Bill | 12/2/2020 | 0S9430 | $5.00 |
| 68 | 0404194040001 | N203-463500 | Bill | 12/2/2020 | 51672136307 | $1,892.20 |
| 69 | 0404194040001 | N203-463500 | Bill | 12/2/2020 | 0S9430 | $5.00 |
| 70 | 0404194040001 | N203-463500 | Bill | 12/2/2020 | 71085001150 | $2,085.04 |
| 71 | 0404194040001 | N203-601311 | Bill | 4/17/2021 | 0S9430 | $5.00 |
| 72 | 0404194040001 | N203-601311 | Bill | 4/17/2021 | 68462035594 | $1,892.14 |
| 73 | 0404194040001 | N203-601311 | Bill | 4/17/2021 | 0S9430 | $5.00 |
| 74 | 0404194040001 | N203-601311 | Bill | 4/17/2021 | 16714087802 | $1,223.40 |
| 75 | 0404194040001 | N203-621216 | Bill | 5/6/2021 | 0S9430 | $5.00 |
| 76 | 0404194040001 | N203-621216 | Bill | 5/6/2021 | 68462035594 | $1,892.14 |
| 77 | 0404194040001 | N203-621216 | Bill | 5/6/2021 | 0S9430 | $5.00 |
| 78 | 0404194040001 | N203-621216 | Bill | 5/6/2021 | 16714087802 | $1,223.40 |
| 79 | 0404194040001 | N203-687107 | Bill | 7/2/2021 | 0S9430 | $5.00 |
| 80 | 0404194040001 | N203-687107 | Bill | 7/2/2021 | 68462035594 | $1,892.14 |
| 81 | 0404194040001 | N203-687107 | Bill | 7/2/2021 | 0S9430 | $5.00 |
| 82 | 0404194040001 | N203-687107 | Bill | 7/2/2021 | 16714087802 | $1,223.40 |
| 83 | 0450694310001 | N203-599407 | Bill | 4/17/2021 | 0S9430 | $5.00 |
| 84 | 0450694310001 | N203-599407 | Bill | 4/17/2021 | 10702000610 | $46.50 |
| 85 | 0450694310001 | N203-599407 | Bill | 4/17/2021 | 0S9430 | $5.00 |
| 86 | 0450694310001 | N203-599407 | Bill | 4/17/2021 | 68462035594 | $1,892.14 |
| 87 | 0450694310002 | N203-601055 | Bill | 4/17/2021 | 0S9430 | $5.00 |
| 88 | 0450694310002 | N203-601055 | Bill | 4/17/2021 | 65862051601 | $176.40 |
| 89 | 0450694310002 | N203-601055 | Bill | 4/17/2021 | 0S9430 | $5.00 |
| 90 | 0450694310002 | N203-601055 | Bill | 4/17/2021 | 16714087802 | $1,223.40 |
| 91 | 0450694310002 | N203-601055 | Bill | 4/17/2021 | 0S9430 | $5.00 |
| 92 | 0450694310002 | N203-601055 | Bill | 4/17/2021 | 10702000610 | $46.50 |
| 93 | 0431980050001 | N203-516056 | Bill | 1/26/2021 | 0S9430 | $5.00 |
| 94 | 0431980050001 | N203-516056 | Bill | 1/26/2021 | 29300012510 | $121.20 |
| 95 | 0431980050001 | N203-516056 | Bill | 1/26/2021 | 0S9430 | $5.00 |
| 96 | 0431980050001 | N203-516056 | Bill | 1/26/2021 | 16714087802 | $1,223.40 |
| 97 | 0431980050001 | N203-516056 | Bill | 1/26/2021 | 0S9430 | $5.00 |
| 98 | 0431980050001 | N203-516056 | Bill | 1/26/2021 | 10702000610 | $46.50 |
| 99 | 0432161990003 | N203-483453 | Bill | 12/24/2020 | 0S9430 | $5.00 |
| 100 | 0432161990003 | N203-483453 | Bill | 12/24/2020 | 71085001150 | $2,085.64 |
| 101 | 0432161990003 | N203-483453 | Bill | 12/24/2020 | 0S9430 | $5.00 |
| 102 | 0432161990003 | N203-483453 | Bill | 12/24/2020 | 10702000610 | $87.60 |
| 103 | 0432161990003 | N203-538771 | Bill | 2/19/2021 | 0S9430 | $5.00 |
| 104 | 0432161990003 | N203-538771 | Bill | 2/19/2021 | 16714087802 | $1,223.40 |
| 105 | 0432161990003 | N203-538771 | Bill | 2/19/2021 | 0S9430 | $5.00 |
| 106 | 0432161990003 | N203-538771 | Bill | 2/19/2021 | 10702000610 | $87.60 |
| 107 | 0417382690005 | N203-308989 | Bill | 6/15/2020 | 0S9430 | $5.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 108 | 0417382690005 | N203-308989 | Bill | 6/15/2020 | 71085001150 | $1,045.32 |
| 109 | 0417382690005 | N203-308989 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 110 | 0417382690005 | N203-308989 | Bill | 6/15/2020 | 68462035594 | $1,041.92 |
| 111 | 0417382690005 | N203-308989 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 112 | 0417382690005 | N203-308989 | Bill | 6/15/2020 | 904576960 | $27.00 |
| 113 | 0417382690005 | N203-339983 | Bill | 7/28/2020 | 0S9430 | $5.00 |
| 114 | 0417382690005 | N203-339983 | Bill | 7/28/2020 | 68462035594 | $1,041.92 |
| 115 | 0417382690005 | N203-398756 | Bill | 9/30/2020 | 0S9430 | $5.00 |
| 116 | 0417382690005 | N203-398756 | Bill | 9/30/2020 | 43547022610 | $28.40 |
| 117 | 0417382690005 | N203-398756 | Bill | 9/30/2020 | 0S9430 | $5.00 |
| 118 | 0417382690005 | N203-398756 | Bill | 9/30/2020 | 29300012510 | $82.60 |
| 119 | 0443402720002 | N203-538857 | Bill | 2/19/2021 | 0S9430 | $5.00 |
| 120 | 0443402720002 | N203-538857 | Bill | 2/19/2021 | 51672136307 | $1,892.20 |
| 121 | 0443402720002 | N203-557656 | Bill | 3/8/2021 | 0S9430 | $5.00 |
| 122 | 0443402720002 | N203-557656 | Bill | 3/8/2021 | 29300012510 | $121.20 |
| 123 | 0443402720002 | N203-557656 | Bill | 3/8/2021 | 0S9430 | $5.00 |
| 124 | 0443402720002 | N203-557656 | Bill | 3/8/2021 | 10702000610 | $87.60 |
| 125 | 0443402720002 | N203-557656 | Bill | 3/8/2021 | 0S9430 | $5.00 |
| 126 | 0443402720002 | N203-557656 | Bill | 3/8/2021 | 16714087802 | $614.20 |
| 127 | 0421677280001 | N203-485641 | Bill | 12/28/2020 | 0S9430 | $5.00 |
| 128 | 0421677280001 | N203-485641 | Bill | 12/28/2020 | 10702000610 | $46.50 |
| 129 | 0421677280001 | N203-485641 | Bill | 12/28/2020 | 0S9430 | $5.00 |
| 130 | 0421677280001 | N203-485641 | Bill | 12/28/2020 | 378247401 | $93.20 |
| 131 | 0434692800001 | N203-465483 | Bill | 12/7/2020 | 0S9430 | $5.00 |
| 132 | 0434692800001 | N203-465483 | Bill | 12/7/2020 | 68462035594 | $1,992.14 |
| 133 | 0434692800001 | N203-465483 | Bill | 12/7/2020 | 0S9430 | $5.00 |
| 134 | 0434692800001 | N203-465483 | Bill | 12/7/2020 | 50228043305 | $176.40 |
| 135 | 0434692800001 | N203-465483 | Bill | 12/7/2020 | 0S9430 | $5.00 |
| 136 | 0434692800001 | N203-465483 | Bill | 12/7/2020 | 62332042450 | $1,528.60 |
| 137 | 0435128890001 | N203-486427 | Bill | 12/29/2020 | 0S9430 | $5.00 |
| 138 | 0435128890001 | N203-486427 | Bill | 12/29/2020 | 51672136307 | $1,892.20 |
| 139 | 0435128890002 | N203-480896 | Bill | 12/22/2020 | 0S9430 | $5.00 |
| 140 | 0435128890002 | N203-480896 | Bill | 12/22/2020 | 68462035594 | $1,892.14 |
| 141 | 0435128890002 | N203-516368 | Bill | 1/27/2021 | 0S9430 | $5.00 |
| 142 | 0435128890002 | N203-516368 | Bill | 1/27/2021 | 51672136307 | $1,892.20 |
| 143 | 0441883550004 | N203-489162 | Bill | 1/2/2021 | 0S9430 | $5.00 |
| 144 | 0441883550004 | N203-489162 | Bill | 1/2/2021 | 69097084615 | $83.70 |
| 145 | 0441883550004 | N203-489162 | Bill | 1/2/2021 | 0S9430 | $5.00 |
| 146 | 0441883550004 | N203-489162 | Bill | 1/2/2021 | 51672136307 | $1,892.20 |
| 147 | 0441883550005 | N203-489195 | Bill | 12/31/2020 | 0S9430 | $5.00 |
| 148 | 0441883550005 | N203-489195 | Bill | 12/31/2020 | 10702000610 | $128.70 |
| 149 | 0441883550005 | N203-489195 | Bill | 12/31/2020 | 0S9430 | $5.00 |
| 150 | 0441883550005 | N203-489195 | Bill | 12/31/2020 | 51672136307 | $1,892.20 |
| 151 | 0441883550005 | N203-556792 | Bill | 3/8/2021 | 0S9430 | $5.00 |
| 152 | 0441883550005 | N203-556792 | Bill | 3/8/2021 | 50383093355 | $1,223.88 |
| 153 | 0441883550006 | N203-490357 | Bill | 1/2/2021 | 0S9430 | $5.00 |
| 154 | 0441883550006 | N203-490357 | Bill | 1/2/2021 | 51672136307 | $1,892.20 |
| 155 | 0441883550006 | N203-490357 | Bill | 1/2/2021 | 0S9430 | $5.00 |
| 156 | 0441883550006 | N203-490357 | Bill | 1/2/2021 | 10702000610 | $128.70 |
| 157 | 0437827900002 | N203-484553 | Bill | 12/28/2020 | 0S9430 | $5.00 |
| 158 | 0437827900002 | N203-484553 | Bill | 12/28/2020 | 71085001150 | $2,085.64 |
| 159 | 0437827900002 | N203-484553 | Bill | 12/28/2020 | 0S9430 | $5.00 |
| 160 | 0437827900002 | N203-484553 | Bill | 12/28/2020 | 10702000610 | $46.50 |
| 161 | 0437827900002 | N203-484553 | Bill | 12/28/2020 | 0S9430 | $5.00 |

| # | Account | Invoice | Type | Date | Ref | Amount |
|---|---|---|---|---|---|---|
| 162 | 0437827900002 | N203-484553 | Bill | 12/28/2020 | 378247401 | $93.20 |
| 163 | 0461649230003 | N203-755077 | Bill | 8/27/2021 | 0S9430 | $5.00 |
| 164 | 0461649230003 | N203-755077 | Bill | 8/27/2021 | 65862051601 | $176.40 |
| 165 | 0461649230003 | N203-755077 | Bill | 8/27/2021 | 0S9430 | $5.00 |
| 166 | 0461649230003 | N203-755077 | Bill | 8/27/2021 | 16714087802 | $1,223.40 |
| 167 | 0433186180003 | N203-542235 | Bill | 2/23/2021 | 0S9430 | $5.00 |
| 168 | 0433186180003 | N203-542235 | Bill | 2/23/2021 | 16714087802 | $1,223.40 |
| 169 | 0432585670002 | N203-414651 | Bill | 10/17/2020 | 0S9430 | $5.00 |
| 170 | 0432585670002 | N203-414651 | Bill | 10/17/2020 | 52565000855 | $919.28 |
| 171 | 0432585670002 | N203-477457 | Bill | 12/19/2020 | 0S9430 | $5.00 |
| 172 | 0432585670002 | N203-477457 | Bill | 12/19/2020 | 71085001150 | $1,565.48 |
| 173 | 0402308550005 | N203-428101 | Bill | 10/31/2020 | 0S9430 | $5.00 |
| 174 | 0402308550005 | N203-428101 | Bill | 10/31/2020 | 10702000610 | $46.50 |
| 175 | 0402308550005 | N203-428101 | Bill | 10/31/2020 | 0S9430 | $5.00 |
| 176 | 0402308550005 | N203-428101 | Bill | 10/31/2020 | 62332042450 | $614.44 |
| 177 | 0402308550005 | N203-428101 | Bill | 10/31/2020 | 0S9430 | $5.00 |
| 178 | 0402308550005 | N203-428101 | Bill | 10/31/2020 | 378247401 | $93.20 |
| 179 | 0439446890005 | N203-486817 | Bill | 12/29/2020 | 0S9430 | $5.00 |
| 180 | 0439446890005 | N203-486817 | Bill | 12/29/2020 | 67877032005 | $17.40 |
| 181 | 0439446890005 | N203-486817 | Bill | 12/29/2020 | 0S9430 | $5.00 |
| 182 | 0439446890005 | N203-486817 | Bill | 12/29/2020 | 53225102501 | $2,626.20 |
| 183 | 0439446890005 | N203-522272 | Bill | 2/1/2021 | 0S9430 | $5.00 |
| 184 | 0439446890005 | N203-522272 | Bill | 2/1/2021 | 53225102501 | $2,626.20 |
| 185 | 0418138570003 | N203-309162 | Bill | 6/16/2020 | 0S9430 | $5.00 |
| 186 | 0418138570003 | N203-309162 | Bill | 6/16/2020 | 16714087802 | $1,223.40 |
| 187 | 0418138570003 | N203-309162 | Bill | 6/16/2020 | 0S9430 | $5.00 |
| 188 | 0418138570003 | N203-309162 | Bill | 6/16/2020 | 68462035594 | $2,079.85 |
| 189 | 0418138570003 | N203-309162 | Bill | 6/16/2020 | 0S9430 | $5.00 |
| 190 | 0418138570003 | N203-309162 | Bill | 6/16/2020 | 904576960 | $27.00 |
| 191 | 0418138570003 | N203-348689 | Bill | 8/8/2020 | 0S9430 | $5.00 |
| 192 | 0418138570003 | N203-348689 | Bill | 8/8/2020 | 68462035594 | $1,891.14 |
| 193 | 0421133880006 | N203-516934 | Bill | 1/27/2021 | 0S9430 | $5.00 |
| 194 | 0421133880006 | N203-516934 | Bill | 1/27/2021 | 51672136307 | $1,892.20 |
| 195 | 0421133880006 | N203-480923 | Bill | 12/22/2020 | 0S9430 | $5.00 |
| 196 | 0421133880006 | N203-480923 | Bill | 12/22/2020 | 68462035594 | $1,892.14 |
| 197 | 0419555320004 | N203-308599 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 198 | 0419555320004 | N203-308599 | Bill | 6/15/2020 | 52565000855 | $1,224.04 |
| 199 | 0419555320004 | N203-308599 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 200 | 0419555320004 | N203-308599 | Bill | 6/15/2020 | 68462035594 | $2,079.85 |
| 201 | 0419555320004 | N203-308599 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 202 | 0419555320004 | N203-308599 | Bill | 6/15/2020 | 50742022415 | $70.20 |
| 203 | 0419555320004 | N203-330869 | Bill | 7/18/2020 | 0S9430 | $5.00 |
| 204 | 0419555320004 | N203-330869 | Bill | 7/18/2020 | 68462035594 | $2,079.85 |
| 205 | 0419555320004 | N203-347244 | Bill | 8/8/2020 | 0S9430 | $5.00 |
| 206 | 0419555320004 | N203-347244 | Bill | 8/8/2020 | 51672136307 | $1,892.20 |
| 207 | 0440909100007 | N203-588782 | Bill | 4/5/2021 | 0S9430 | $5.00 |
| 208 | 0440909100007 | N203-588782 | Bill | 4/5/2021 | 65862051601 | $176.40 |
| 209 | 0440909100007 | N203-588782 | Bill | 4/5/2021 | 0S9430 | $5.00 |
| 210 | 0440909100007 | N203-588782 | Bill | 4/5/2021 | 52565000855 | $1,224.04 |
| 211 | 0440909100007 | N203-588782 | Bill | 4/5/2021 | 0S9430 | $5.00 |
| 212 | 0440909100007 | N203-588782 | Bill | 4/5/2021 | 10702000610 | $128.70 |
| 213 | 0430955780002 | N203-395616 | Bill | 9/29/2020 | 0S9430 | $5.00 |
| 214 | 0430955780002 | N203-395616 | Bill | 9/29/2020 | 51672136307 | $1,892.00 |
| 215 | 0440436080003 | N203-489166 | Bill | 1/2/2021 | 0S9430 | $5.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 216 | 0440436080003 | N203-489166 | Bill | 1/2/2021 | 16714087802 | $1,223.40 |
| 217 | 0439865200001 | N203-508609 | Bill | 1/19/2021 | 0S9430 | $5.00 |
| 218 | 0439865200001 | N203-508609 | Bill | 1/19/2021 | 53225102501 | $2,626.20 |
| 219 | 0439865200001 | N203-522413 | Bill | 2/1/2021 | 0S9430 | $5.00 |
| 220 | 0439865200001 | N203-522413 | Bill | 2/1/2021 | 53225102501 | $2,626.20 |
| 221 | 0442061340004 | N203-516328 | Bill | 1/27/2021 | 0S9430 | $5.00 |
| 222 | 0442061340004 | N203-516328 | Bill | 1/27/2021 | 53225102501 | $2,626.20 |
| 223 | 0441115150004 | N203-512644 | Bill | 1/23/2021 | 0S9430 | $5.00 |
| 224 | 0441115150004 | N203-512644 | Bill | 1/23/2021 | 16714087802 | $918.80 |
| 225 | 0441115150004 | N203-584552 | Bill | 4/1/2021 | 0S9430 | $5.00 |
| 226 | 0441115150004 | N203-584552 | Bill | 4/1/2021 | 16714037802 | $918.80 |
| 227 | 0441115150004 | N203-702043 | Bill | 7/15/2021 | 0S9430 | $5.00 |
| 228 | 0441115150004 | N203-702043 | Bill | 7/15/2021 | 16714087802 | $918.80 |
| 229 | 0441115150004 | N203-701514 | Bill | 7/15/2021 | 0S9430 | $5.00 |
| 230 | 0441115150004 | N203-701514 | Bill | 7/15/2021 | 16714087802 | $918.80 |
| 231 | 0459166820003 | N203-748553 | Bill | 8/21/2021 | 0S9430 | $5.00 |
| 232 | 0459166820003 | N203-748553 | Bill | 8/21/2021 | 68462035594 | $1,892.14 |
| 233 | 0459166820003 | N203-748553 | Bill | 8/21/2021 | 0S9430 | $5.00 |
| 234 | 0459166820003 | N203-748553 | Bill | 8/21/2021 | 65862051601 | $176.40 |
| 235 | 0459166820003 | N203-748553 | Bill | 8/21/2021 | 0S9430 | $5.00 |
| 236 | 0459166820003 | N203-748553 | Bill | 8/21/2021 | 10702000610 | $128.70 |
| 237 | 0447146380001 | N203-734567 | Bill | 8/11/2021 | 0S9430 | $5.00 |
| 238 | 0447146380001 | N203-734567 | Bill | 8/11/2021 | 68462035594 | $948.57 |
| 239 | 0443050890001 | N203-522416 | Bill | 2/1/2021 | 0S9430 | $5.00 |
| 240 | 0443050890001 | N203-522416 | Bill | 2/1/2021 | 53225102501 | $2,626.20 |
| 241 | 0455112690002 | N203-701651 | Bill | 7/15/2021 | 0S9430 | $5.00 |
| 242 | 0455112690002 | N203-701651 | Bill | 7/15/2021 | 68462035594 | $1,892.14 |
| 243 | 0455112690002 | N203-701651 | Bill | 7/15/2021 | 0S9430 | $5.00 |
| 244 | 0455112690002 | N203-701651 | Bill | 7/15/2021 | 10702000610 | $128.70 |
| 245 | 0443013430003 | N203-525294 | Bill | 2/6/2021 | 0S9430 | $5.00 |
| 246 | 0443013430003 | N203-525294 | Bill | 2/6/2021 | 53225102501 | $2,626.20 |
| 247 | 0457271660001 | N203-766170 | Bill | 9/7/2021 | 0S9430 | $5.00 |
| 248 | 0457271660001 | N203-766170 | Bill | 9/7/2021 | 50228043305 | $176.40 |
| 249 | 0457271660001 | N203-766170 | Bill | 9/7/2021 | 0S9430 | $5.00 |
| 250 | 0457271660001 | N203-766170 | Bill | 9/7/2021 | 10702000610 | $46.50 |
| 251 | 0457271660001 | N203-766170 | Bill | 9/7/2021 | 0S9430 | $5.00 |
| 252 | 0457271660001 | N203-766170 | Bill | 9/7/2021 | 16714087802 | $1,223.40 |
| 253 | 0450254700001 | N203-609830 | Bill | 4/26/2021 | 0S9430 | $5.00 |
| 254 | 0450254700001 | N203-609830 | Bill | 4/26/2021 | 65862051601 | $176.40 |
| 255 | 0450254700001 | N203-609830 | Bill | 4/26/2021 | 0S9430 | $5.00 |
| 256 | 0450254700001 | N203-609830 | Bill | 4/26/2021 | 16714087802 | $1,223.40 |
| 257 | 0456999860011 | N203-746648 | Bill | 8/16/2021 | 0S9430 | $5.00 |
| 258 | 0456999860011 | N203-746648 | Bill | 8/16/2021 | 68462035594 | $1,892.14 |
| 259 | 0456999860011 | N203-746648 | Bill | 8/16/2021 | 0S9430 | $5.00 |
| 260 | 0456999860011 | N203-746648 | Bill | 8/16/2021 | 16714073301 | $366.60 |
| 261 | 0456999860011 | N203-746648 | Bill | 8/16/2021 | 0S9430 | $5.00 |
| 262 | 0456999860011 | N203-746648 | Bill | 8/16/2021 | 10702000610 | $128.70 |
| 263 | 0460911960001 | N203-748900 | Bill | 8/21/2021 | 0S9430 | $5.00 |
| 264 | 0460911960001 | N203-748900 | Bill | 8/21/2021 | 68462035594 | $1,892.14 |
| 265 | 0460911960001 | N203-748900 | Bill | 8/21/2021 | 0S9430 | $5.00 |
| 266 | 0460911960001 | N203-748900 | Bill | 8/21/2021 | 65862051601 | $176.40 |
| 267 | 0460911960001 | N203-748900 | Bill | 8/21/2021 | 0S9430 | $5.00 |
| 268 | 0460911960001 | N203-748900 | Bill | 8/21/2021 | 10702000610 | $128.70 |
| 269 | 0458558660004 | N203-772381 | Bill | 9/9/2021 | 0S9430 | $5.00 |

| # | Account | Invoice | Type | Date | Code | Amount |
|---|---|---|---|---|---|---|
| 270 | 0458558660004 | N203-772381 | Bill | 9/9/2021 | 68462035594 | $1,892.14 |
| 271 | 0458558660004 | N203-772381 | Bill | 9/9/2021 | 0S9430 | $5.00 |
| 272 | 0458558660004 | N203-772381 | Bill | 9/9/2021 | 67877032005 | $42.30 |
| 273 | 0458558660004 | N203-772381 | Bill | 9/9/2021 | 0S9430 | $5.00 |
| 274 | 0458558660004 | N203-772381 | Bill | 9/9/2021 | 10702000610 | $128.70 |
| 275 | 0458294780004 | N203-721003 | Bill | 7/30/2021 | 0S9430 | $5.00 |
| 276 | 0458294780004 | N203-721003 | Bill | 7/30/2021 | 68462035594 | $1,892.14 |
| 277 | 0427278890003 | N203-443666 | Bill | 11/13/2020 | 0S9430 | $5.00 |
| 278 | 0427278890003 | N203-443666 | Bill | 11/13/2020 | 62332042450 | $919.16 |
| 279 | 0443946110001 | N203-536206 | Bill | 2/16/2021 | 0S9430 | $5.00 |
| 280 | 0443946110001 | N203-536206 | Bill | 2/16/2021 | 53225102501 | $2,626.20 |
| 281 | 0445046660001 | N203-535968 | Bill | 2/16/2021 | 0S9430 | $5.00 |
| 282 | 0445046660001 | N203-535968 | Bill | 2/16/2021 | 16714087802 | $1,223.40 |
| 283 | 0432560120011 | N203-599083 | Bill | 4/14/2021 | 0S9430 | $5.00 |
| 284 | 0432560120011 | N203-599083 | Bill | 4/14/2021 | 53225102501 | $2,626.20 |
| 285 | 0439153160001 | N203-497204 | Bill | 1/9/2021 | 0S9430 | $5.00 |
| 286 | 0439153160001 | N203-497204 | Bill | 1/9/2021 | 53225102501 | $2,626.20 |
| 287 | 0439153160001 | N203-465621 | Bill | 12/7/2020 | 0S9430 | $5.00 |
| 288 | 0439153160001 | N203-465621 | Bill | 12/7/2020 | 53225102501 | $2,626.20 |
| 289 | 0410260930003 | N203-330872 | Bill | 7/17/2020 | 0S9430 | $5.00 |
| 290 | 0410260930003 | N203-330872 | Bill | 7/17/2020 | 68462035594 | $2,079.85 |
| 291 | 0410260930003 | N203-354118 | Bill | 8/17/2020 | 0S9430 | $5.00 |
| 292 | 0410260930003 | N203-354118 | Bill | 8/17/2020 | 68462035594 | $1,892.14 |
| 293 | 0432194660002 | N203-529493 | Bill | 2/9/2021 | 0S9430 | $5.00 |
| 294 | 0432194660002 | N203-529493 | Bill | 2/9/2021 | 10702000610 | $87.60 |
| 295 | 0432194660002 | N203-529493 | Bill | 2/9/2021 | 0S9430 | $5.00 |
| 296 | 0432194660002 | N203-529493 | Bill | 2/9/2021 | 16714087802 | $1,223.40 |
| 297 | 0438303560004 | N203-494368 | Bill | 1/6/2021 | 0S9430 | $5.00 |
| 298 | 0438303560004 | N203-494368 | Bill | 1/6/2021 | 29300012510 | $121.20 |
| 299 | 0438303560004 | N203-494368 | Bill | 1/6/2021 | 0S9430 | $5.00 |
| 300 | 0438303560004 | N203-494368 | Bill | 1/6/2021 | 68462035594 | $948.57 |
| 301 | 0460879090001 | N203-740780 | Bill | 8/16/2021 | 0S9430 | $5.00 |
| 302 | 0460879090001 | N203-740780 | Bill | 8/16/2021 | 68462035594 | $1,892.14 |
| 303 | 0460879090001 | N203-740780 | Bill | 8/16/2021 | 0S9430 | $5.00 |
| 304 | 0460879090001 | N203-740780 | Bill | 8/16/2021 | 65862051601 | $176.40 |
| 305 | 0460879090001 | N203-740780 | Bill | 8/16/2021 | 0S9430 | $5.00 |
| 306 | 0460879090001 | N203-740780 | Bill | 8/16/2021 | 10702000610 | $128.70 |
| 307 | 0460879090001 | N203-748326 | Bill | 8/21/2021 | 0S9430 | $5.00 |
| 308 | 0460879090001 | N203-748326 | Bill | 8/21/2021 | 16714087802 | $1,223.40 |
| 309 | 0460879090001 | N203-813630 | Bill | 10/12/2021 | 0S9430 | $5.00 |
| 310 | 0460879090001 | N203-813630 | Bill | 10/12/2021 | 67877032005 | $30.00 |
| 311 | 0427028160003 | N203-489187 | Bill | 1/2/2021 | 0S9430 | $5.00 |
| 312 | 0427028160003 | N203-489187 | Bill | 1/2/2021 | 10702000610 | $87.60 |
| 313 | 0427028160003 | N203-489187 | Bill | 1/2/2021 | 0S9430 | $5.00 |
| 314 | 0427028160003 | N203-489187 | Bill | 1/2/2021 | 62332042450 | $1,223.88 |
| 315 | 0415753400001 | N203-544805 | Bill | 2/25/2021 | 0S9430 | $5.00 |
| 316 | 0415753400001 | N203-544805 | Bill | 2/25/2021 | 51672136307 | $1,892.20 |
| 317 | 0442612130001 | N203-817187 | Bill | 10/15/2021 | 0S9430 | $5.00 |
| 318 | 0442612130001 | N203-817187 | Bill | 10/15/2021 | 68462035594 | $1,892.14 |
| 319 | 0431672370004 | N203-763363 | Bill | 9/2/2021 | 16714087802 | $1,223.40 |
| 320 | 0431672370004 | N203-763363 | Bill | 9/2/2021 | 51672136307 | $1,892.20 |
| 321 | 0431672370004 | N203-410249 | Bill | 10/12/2020 | 0S9430 | $5.00 |
| 322 | 0431672370004 | N203-410249 | Bill | 10/12/2020 | 62332042450 | $1,223.88 |
| 323 | 0431672370004 | N203-410249 | Bill | 10/12/2020 | 0S9430 | $5.00 |

| # | Account | Invoice | Type | Date | Code | Amount |
|---|---|---|---|---|---|---|
| 324 | 0431672370004 | N203-410249 | Bill | 10/12/2020 | 51672136307 | $1,892.20 |
| 325 | 0431672370004 | N203-437435 | Bill | 11/9/2020 | 0S9430 | $5.00 |
| 326 | 0431672370004 | N203-437435 | Bill | 11/9/2020 | 62332042450 | $1,223.88 |
| 327 | 0431672370004 | N203-437435 | Bill | 11/9/2020 | 0S9430 | $5.00 |
| 328 | 0431672370004 | N203-437435 | Bill | 11/9/2020 | 68462035594 | $1,892.14 |
| 329 | 0431672370004 | N203-584879 | Bill | 4/2/2021 | 0S9430 | $5.00 |
| 330 | 0431672370004 | N203-584879 | Bill | 4/2/2021 | 16714087802 | $1,223.40 |
| 331 | 0431672370004 | N203-584879 | Bill | 4/2/2021 | 0S9430 | $5.00 |
| 332 | 0431672370004 | N203-584879 | Bill | 4/2/2021 | 51672136307 | $1,892.20 |
| 333 | 0440529410001 | N203-687165 | Bill | 7/2/2021 | 0S9430 | $5.00 |
| 334 | 0440529410001 | N203-687165 | Bill | 7/2/2021 | 68462035594 | $1,892.14 |
| 335 | 0426589680001 | N203-510563 | Bill | 1/23/2021 | 0S9430 | $5.00 |
| 336 | 0426589680001 | N203-510563 | Bill | 1/23/2021 | 71085001150 | $1,565.48 |
| 337 | 0436798350001 | N203-483689 | Bill | 12/28/2020 | 0S9430 | $5.00 |
| 338 | 0436798350001 | N203-483689 | Bill | 12/28/2020 | 51672136307 | $1,892.20 |
| 339 | 0436798350001 | N203-516968 | Bill | 1/27/2021 | 0S9430 | $5.00 |
| 340 | 0436798350001 | N203-516968 | Bill | 1/27/2021 | 51672136307 | $1,892.20 |
| 341 | 0422958320001 | N203-435138 | Bill | 11/6/2020 | 0S9430 | $5.00 |
| 342 | 0422958320001 | N203-435138 | Bill | 11/6/2020 | 51672136307 | $1,892.20 |
| 343 | 0422958320001 | N203-435138 | Bill | 11/6/2020 | 0S9430 | $5.00 |
| 344 | 0422958320001 | N203-435138 | Bill | 11/6/2020 | 10702000610 | $46.50 |
| 345 | 0435696960006 | N203-469409 | Bill | 12/9/2020 | 0S9430 | $5.00 |
| 346 | 0435696960006 | N203-469409 | Bill | 12/9/2020 | 62332042450 | $1,223.88 |
| 347 | 0435696960006 | N203-469409 | Bill | 12/9/2020 | 0S9430 | $5.00 |
| 348 | 0435696960006 | N203-469409 | Bill | 12/9/2020 | 10702000610 | $87.60 |
| 349 | 0435696960006 | N203-542800 | Bill | 2/23/2021 | 0S9430 | $5.00 |
| 350 | 0435696960006 | N203-542800 | Bill | 2/23/2021 | 16714087802 | $1,223.40 |
| 351 | 0435696960006 | N203-542800 | Bill | 2/23/2021 | 0S9430 | $5.00 |
| 352 | 0435696960006 | N203-542800 | Bill | 2/23/2021 | 10702000610 | $87.60 |
| 353 | 0435696960010 | N203-469415 | Bill | 12/9/2020 | 0S9430 | $5.00 |
| 354 | 0435696960010 | N203-469415 | Bill | 12/9/2020 | 62332042450 | $1,223.88 |
| 355 | 0435696960010 | N203-469415 | Bill | 12/9/2020 | 0S9430 | $5.00 |
| 356 | 0435696960010 | N203-469415 | Bill | 12/9/2020 | 10702000610 | $87.60 |
| 357 | 0435696960010 | N203-509599 | Bill | 1/21/2021 | 0S9430 | $5.00 |
| 358 | 0435696960010 | N203-509599 | Bill | 1/21/2021 | 10702000610 | $87.60 |
| 359 | 0435696960010 | N203-509599 | Bill | 1/21/2021 | 0S9430 | $5.00 |
| 360 | 0435696960010 | N203-509599 | Bill | 1/21/2021 | 16714087802 | $1,223.40 |
| 361 | 0435696960011 | N203-469469 | Bill | 12/9/2020 | 0S9430 | $5.00 |
| 362 | 0435696960011 | N203-469469 | Bill | 12/9/2020 | 10702000610 | $87.60 |
| 363 | 0435696960011 | N203-469469 | Bill | 12/9/2020 | 0S9430 | $5.00 |
| 364 | 0435696960011 | N203-469469 | Bill | 12/9/2020 | 62332042450 | $1,223.88 |
| 365 | 0435696960011 | N203-545355 | Bill | 2/24/2021 | 0S9430 | $5.00 |
| 366 | 0435696960011 | N203-545355 | Bill | 2/24/2021 | 10702000610 | $87.60 |
| 367 | 0435696960011 | N203-545355 | Bill | 2/24/2021 | 0S9430 | $5.00 |
| 368 | 0435696960011 | N203-545355 | Bill | 2/24/2021 | 16714087802 | $1,223.40 |
| 369 | 0447543500001 | N203-583823 | Bill | 4/1/2021 | 0S9430 | $5.00 |
| 370 | 0447543500001 | N203-583823 | Bill | 4/1/2021 | 51672136307 | $1,892.20 |
| 371 | 0438576130005 | N203-469282 | Bill | 12/9/2020 | 0S9430 | $5.00 |
| 372 | 0438576130005 | N203-469282 | Bill | 12/9/2020 | 71085001150 | $2,085.64 |
| 373 | 0438576130005 | N203-469282 | Bill | 12/9/2020 | 0S9430 | $5.00 |
| 374 | 0438576130005 | N203-469282 | Bill | 12/9/2020 | 10702000610 | $87.60 |
| 375 | 0438576130006 | N203-483584 | Bill | 12/28/2020 | 0S9430 | $5.00 |
| 376 | 0438576130006 | N203-483584 | Bill | 12/28/2020 | 71085001150 | $2,085.64 |
| 377 | 0438576130006 | N203-483584 | Bill | 12/28/2020 | 0S9430 | $5.00 |

| # | Account | Invoice | Type | Date | Reference | Amount |
|---|---|---|---|---|---|---|
| 378 | 0438576130006 | N203-483584 | Bill | 12/28/2020 | 10702000610 | $87.60 |
| 379 | 0419144630002 | N203-229543 | Bill | 2/24/2020 | 115148361 | $1,816.68 |
| 380 | 0419144630002 | N203-229543 | Bill | 2/24/2020 | 71085001150 | $1,045.32 |
| 381 | 0398215400001 | N203-294427 | Bill | 5/21/2020 | 68462035594 | $2,079.85 |
| 382 | 0411072510003 | N203-296421 | Bill | 5/26/2020 | 43547022610 | $40.04 |
| 383 | 0416589720005 | N203-294446 | Bill | 5/21/2020 | 69557011130 | $304.96 |
| 384 | 0416589720005 | N203-294446 | Bill | 5/21/2020 | 68462035594 | $2,079.85 |
| 385 | 0416589720005 | N203-294446 | Bill | 5/21/2020 | 50742022415 | $70.06 |
| 386 | 0416589720005 | N203-294446 | Bill | 5/21/2020 | 904576960 | $26.59 |
| 387 | 0416589720005 | N203-319062 | Bill | 6/29/2020 | 99199 | $2,079.05 |
| 388 | 0416589720005 | N203-336155 | Bill | 7/24/2020 | 68462035594 | $1,892.14 |
| 389 | 0394250720001 | N203-41643 | Bill | 7/23/2019 | 51672136307 | $948.60 |
| 390 | 0394250720001 | N203-69866 | Bill | 8/23/2019 | 51672136307 | $848.60 |
| 391 | 0394250720001 | N203-97845 | Bill | 9/30/2019 | 51672136307 | $948.60 |
| 392 | 0365500340007 | N203-3234763 | Bill | 1/3/2018 | 38779249303 | $98.77 |
| 393 | 0365500340007 | N203-3234763 | Bill | 1/3/2018 | 38779198005 | $19.10 |
| 394 | 0365500340007 | N203-3234763 | Bill | 1/3/2018 | 38779052405 | $1,492.69 |
| 395 | 0365500340007 | N203-3234763 | Bill | 1/3/2018 | 38779007805 | $220.68 |
| 396 | 0365500340007 | N203-3234763 | Bill | 1/3/2018 | 38779039504 | $97.80 |
| 397 | 0384886660010 | N203-296454 | Bill | 5/26/2020 | 51672136307 | $948.60 |
| 398 | 0384886660010 | N203-283290 | Bill | 4/29/2020 | 71085001150 | $1,045.32 |
| 399 | 0384886660010 | N203-283290 | Bill | 4/29/2020 | 68462035594 | $1,041.92 |
| 400 | 0384886660010 | N203-314356 | Bill | 6/15/2020 | 68462035594 | $1,041.92 |
| 401 | 0410794160001 | N203-244706 | Bill | 3/10/2020 | 68462035594 | $2,079.85 |
| 402 | 0410794160001 | N203-214341 | Bill | 2/7/2020 | 71085001150 | $1,045.32 |
| 403 | 0410794160001 | N203-214341 | Bill | 2/7/2020 | 115148361 | $1,816.68 |
| 404 | 0410794160001 | N203-214341 | Bill | 2/7/2020 | 378247401 | $93.29 |
| 405 | 0410794160001 | N203-214341 | Bill | 2/7/2020 | 71093012105 | $100.76 |
| 406 | 0410794160001 | N203-283292 | Bill | 4/29/2020 | 68462035594 | $2,079.85 |
| 407 | 0410260930003 | N203-308419 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 408 | 0410260930003 | N203-308419 | Bill | 6/15/2020 | 16714087802 | $1,223.40 |
| 409 | 0410260930003 | N203-308419 | Bill | 6/15/2020 | 0S9430 | $5.00 |
| 410 | 0410260930003 | N203-308419 | Bill | 6/15/2020 | 68462035594 | $2,079.85 |
| 411 | 0402001470004 | N203-298476 | Bill | 5/29/2020 | 68462035594 | $1,041.92 |
| 412 | 0402001470004 | N203-298476 | Bill | 5/29/2020 | 71085001150 | $1,045.32 |
| 413 | 0402001470004 | N203-298476 | Bill | 5/29/2020 | 68382005001 | $157.11 |
| 414 | 0402001470004 | N203-314263 | Bill | 6/23/2020 | 68462035594 | $1,041.92 |
| 415 | 0419848060001 | N203-347258 | Bill | 8/8/2020 | 62332042450 | $614.44 |
| 416 | 0419848060001 | N203-347258 | Bill | 8/8/2020 | 68462035594 | $1,892.14 |
| 417 | 0419848060001 | N203-368587 | Bill | 8/31/2020 | 16714087802 | $614.20 |
| 418 | 0419848060001 | N203-368587 | Bill | 8/31/2020 | 68462035594 | $1,892.14 |
| 419 | 0419848060001 | N203-395711 | Bill | 9/28/2020 | 52565000855 | $614.52 |
| 420 | 0419848060001 | N203-395711 | Bill | 9/28/2020 | 68462035594 | $1,892.14 |
| 421 | 0419848060001 | N203-254401 | Bill | 3/16/2020 | 71085001150 | $1,045.32 |
| 422 | 0419848060001 | N203-254401 | Bill | 3/16/2020 | 68462035594 | $2,079.85 |
| 423 | 0419848060001 | N203-281917 | Bill | 4/27/2020 | 71085001150 | $1,045.32 |
| 424 | 0419848060001 | N203-281917 | Bill | 4/27/2020 | 68462035594 | $2,076.85 |
| 425 | 0419848060001 | N203-303224 | Bill | 6/4/2020 | 71085001150 | $1,045.32 |
| 426 | 0419848060001 | N203-303224 | Bill | 6/4/2020 | 68462035594 | $2,079.85 |
| 427 | 0419848060001 | N203-315752 | Bill | 6/26/2020 | 62332042450 | $614.44 |
| 428 | 0419848060001 | N203-315752 | Bill | 6/26/2020 | 68462035594 | $2,079.85 |
| 429 | 0419848060001 | N203-423600 | Bill | 10/26/2020 | 62332042450 | $614.44 |
| 430 | 0419848060001 | N203-423600 | Bill | 10/26/2020 | 51672136307 | $1,892.20 |