UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMP ANY,       Docket No.:
LIBERTY MUTUAL FIRE INSURANCE COMPANY,      2:22-cv-07329-GRB-SIL
LTBERTY INSURANCE CORPORATION, THE FIRST
LIBERTY INSURANCE CORPORATION, LM
INSURANCE CORPORATION, LTBERTY MUTUAL
MID-ATLANTIC INSURANCE COMPANY, LIBERTY
COUNTY MUTUAL INSURANCE COMPANY, LM
PROPERTY and CASUALTY INSURANCE COMPANY,
LM GENERAL INSURANCE COMPANY, WAUSAU
UNDERWRITERS INSURANCE COMPANY, SAFECO
INSURANCE COMPANY OF INDIANA, AMERICAN
STATES INSURANCE COMPANY and MONTGOMERY
MUTUAL INSURANCE COMPANY,
Plaintiffs,

-against-

A VK RX INC, KRISTINA'S PHARMACY INC. a/k/a
KRISTINA S. PHARMACY INC. d/b/a ESSENTIAL RX,
IDEAL CARE PHARMACY, INC. d/b/a IDEAL CARE
PHARMACY, LEON NAISHULER, OLGA BRUK,
GREGORY ABRAMOV, DAVID MANNING, IRINA
ARONOV A, ALEXANDER BALDONADO, M.D., HONG
SIK PAK, M.D., PAULA BROWN, M.D., PHYLLIS GELB,
M.D., AUGUSTUS IGBOKWE, P.A., IGOR ZILBERMAN,
M.D., and John Doe(s) 1-10.
Defendants.
--------------------------------------------------------------------------X

**STIPULATION TO EXTEND**

It is hereby stipulated and agreed by the parties and their respective attorneys of record:

    That the Defendant HONG SIK PAK, M.D., time to answer or otherwise move with respect to the Complaint is hereby extended by stipulation up to and including February 17, 2023. Defendant HONG SIK PAK, M.D. waives any personal jurisdiction defense.

1

Dated: January 6, 2023

_____/s/Wesley Mead/s/_____
By: Wesley Mead, Esq.
THE MEAD LAW FIRM, P.C.
*Attorney for Defendant- HONG SIK PAK, M.D.*
3033 Brighton 3rd Street
Brooklyn, New York 11235
Tel: 866.306.5547
Alt Tel: 718.306.2107
wmeadlaw@gmail.com


 /s/ Michael A. Callinan, Esq.
_____
CALLINAN & SMITH LLP
3361 Park Avenue, Suite 104
Wantagh, New York 11793
(516) 784-5148