UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X  Docket No.: 22-cv-07329
LIBERTY MUTUAL INSURANCE COMPANY, et al.,                                       (GRB)(SIL)

                                                          Plaintiffs,

   -against-

AVK RX INC., et al.,

                                                          Defendants.
-----------------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Liberty Mutual Insurance Company, et al., hereby give notice that the above-captioned action is voluntarily dismissed as against the Defendants, **AVK Rx Inc. and Irina Aronova, only.**

Dated: Wantagh, New York
       February 7, 2023

                                                                Yours, etc.,
                                                                **CALLINAN & SMITH LLP**

                                                                By: /S/ Michael A. Callinan
                                                                Michael A. Callinan (MC7052)
                                                                3361 Park Avenue, Suite 104
                                                                Wantagh, New York 11793
                                                                (516) 784-5148
                                                               (516) 667-1003 – *facsimile*
                                                               mcallinan@callinansmith.com